# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 7 |
| ART VAN FURNITURE, LLC, et al., | Case No. 20-10553 (CSS) |
| Debtors. | (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al., | |
| Plaintiff, | |
| v. | Adv. No. 22-50190 (CSS) |
| E-B DISPLAY COMPANY, INC., | |
| Defendant. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of **Richard P. Schroeter Jr., esq** to represent Defendant, E-B Display Company, Inc. in this adversary proceeding.

Dated: April 1, 2022     /s/ *Jack Shrum*
Jack Shrum (DE #4757)
**JACK SHRUM, PA**
CITIZENS BANK CENTER
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Ph: 302-543-7551
Fax: 302-543-6386
Direct: 609-367-2430
E-mail: jshrum@jshrumlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Ohio, the United States District Courts for the Northern and Southern Districts of Ohio, and the United States Court of Appeals for the Sixth Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

STARK & KNOLL CO., L.P.A.

/s/ *Richard P. Schroeter Jr.*
Richard P. Schroeter Jr. (Ohio No. 0089026)
3475 Ridgewood Road
Akron, Ohio 44333
Ph: 330-376-3300
Fx: 330-376-6237
rschroeter@stark-knoll.com
***Attorney for Defendant***

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

_____
Judge Christopher S. Sontchi

## **CERTIFICATE OF SERVICE**

I certify that on April 1, 2022, a true and correct copy of the foregoing was served via the court's Electronic Case Filing System on all parties.

    /s/ *Jack Shrum*
    Jack Shrum  (DE #4757)
    **JACK SHRUM, PA**
    CITIZENS BANK CENTER
    919 N. Market Street, Suite 1410
    Wilmington, DE 19801
    Ph: 302-543-7551
    Fax: 302-543-6386
    Direct: 609-367-2430
    E-mail: jshrum@jshrumlaw.com